Robert L. Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT L. CHALFANT
5701 Lonetree Blvd. #312
Rocklin, CA 95765
Telephone:     (916) 647-7728
Facsimile:      (916) 930-6093
Email:            robert@rchalfant.com

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SACRAMENTO, OFFICER JONATHON NANGLE (385), OFFICER MICHAEL CASE (667), OFFICER COREY STACKHOUSE (1033) AND Does 1 to 5.<br><br>            Defendants. | Case No.  2:22-cv-00802-KJM-JDP<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on May 12, 2022, Plaintiff CARLOS DAVID GUTIERREZ filed his Complaint for Unreasonable Seizure/Excessive Force, Unreasonable Search, Bane Act, Assault and Battery, False Arrest/False Imprisonment, and Intentional Infliction of Emotional Distress in this action against the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE AND OFFICER COREY STACKHOUSE.

**WHEREAS** Plaintiff seeks to file his First Amended Complaint which substitutes

1

SERGEANT JOHN MORRIS as a DOE Defendant and adds a Supervisory Liability cause of action against SERGEANT MORRIS.

WHEREAS a copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit A.**

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as **Exhibit "A".**

2. Defendants' responsive pleading shall be due twenty-one days after the First Amended Complaint is filed.

DATED: November 1, 2022        **LAW OFFICE OF ROBERT CHALFANT**

By: /s/ Robert Chalfant
Robert Chalfant, Attorney for Plaintiff
CARLOS DAVID GUTIEREZ

DATED: November 1, 2022        **SUSANA ALCALA WOOD**
City Attorney

By: /s/ Sean Richmond
Sean D. Richmond
Senior Deputy City Attorney
Attorney for Defendants

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, CARLOS DAVID GUTIERREZ, is granted leave to amend to file his First Amended Complaint

**IT IS ALSO ORDERED** that defendants' responsive pleading shall be due twenty-one days (21) after the First Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the FIRST AMENDED COMPLAINT is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

DATED: November 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE