Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:      (916) 647-7728
Facsimile:      (916) 930-6093
Email:          robert@rchalfant.com

Attorney for Plaintiff
CARLOS DAVID GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, OFFICER JONATHON NANGLE (385), OFFICER MICHAEL CASE (667), OFFICER COREY STACKHOUSE (1033), SERGEANT JOHN MORRIS and DOES 1 to 5,<br><br>          Defendants. | Case No. 2:22-cv-00802-KJM-JDP<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF ISSUES<br><br>Date: March 31, 2023<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

TO OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE, OFFICER COREY STACKHOUSE, SERGEANT JOHN MORRIS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 31, 2023, at 10:00 a.m. or as soon thereafter as the matter may be heard by the above-entitled court, located at 501 I street, Sacramento, California, 95814, Plaintiff CARLOS DAVID GUTIERREZ will and hereby does move the court for summary adjudication, on the grounds that no triable issue of fact exists, and defendant is entitled to summary adjudication as a matter of law, on the following grounds:

A.      Plaintiff was unlawfully seized by OFFICER JONATHON NANGLE and OFFICER MICHAEL CASE in violation of the Fourth Amendment to the U.S. Constitution;

1.      Plaintiff was unlawfully detained by OFFICER JONATHON NANGLE and

1

OFFICER MICHAEL CASE.

   2.    Plaintiff was unlawfully arrested by OFFICER JONATHON NANGLE and OFFICER MICHAEL CASE.

   B.    Defendant OFFICER JONATHON NANGLE unlawfully searched Plaintiff CARLOS DAVID GUTIERREZ's backpack in violation of the Fourth Amendment to the U.S. Constitution;

      1.    Because the seizure of Plaintiff was unlawful, the subsequent search of his backpack was unlawful.

      2.    The Fourth Amendment requires a warrant, or an exception to the warrant requirement. OFFICER NANGLE did not obtain a warrant and no exception to he warrant requirement applies.

   C.    Summary adjudication is proper as to Plaintiff's Supervisory Liability claim against SERGEANT MORRIS.

   This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Separate Statement filed in support; the declarations of Robert Chalfant and CARLOS DAVID GUTIERREZ; all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of hearing.

   Pursuant to the Honorable Judge Mueller's Order of May 12, 2022, defense counsel Robert Chalfant certifies that the parties have been meeting and conferring over their respective positions since this matter was filed. Plaintiff's counsel informed counsel for defendants that a motion for summary judgment and/or summary adjudication would be filed on the grounds that Mr. Gutierrez was unlawfully detained and searched by defendants, and that SERGEANT MORRIS was liable under a supervisory liability theory. Defense counsel has asserted the affirmative defense of qualified immunity. On January 30, 2023, after the deposition of OFFICER JONATHON NANGLE at City Hall, counsel met and conferred again on each issue raised by Plaintiff's motion for summary adjudication and discussed their positions in detail. The issues raised in the parties' motions cannot be resolved without court involvement.

   The CITY OF SACRAMENTO will not discuss settlement prior to an order on their affirmative defense of qualified immunity.

2

Dated: February 15, 2023                    Respectfully Submitted,


                                            By: /s/ Robert Chalfant_____
                                                Robert Chalfant
                                                LAW OFFICE OF ROBERT CHALFANT
                                                Attorney for CARLOS DAVID GUTIERREZ

**MOTION FOR SUMMARY ADJUDICATION**
*Gutierrez v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00802-KJM-JDP