SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
GRACE L. PAK, Senior Deputy City Attorney (SBN 263733)
glpak@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE, OFFICER COREY STACKHOUSE, SERGEANT JOHN MORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; OFFICER JONATHON NANGLE (385); OFFICER MICHAEL CASE (667); OFFICER COREY STACKHOUSE (1033); SERGEANT JOHN MORRIS (3120); and DOES 1 to 5,<br><br>Defendants. | Case No.:  2:22-cv-00802-KJM-JDP<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION<br><br>Date:        March 31, 2023<br>Time:        10:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Kimberly J. Mueller |

TO PLAINTIFF CARLOS DAVID GUTIERREZ, AND TO HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 31, 2023 at 10:00 a.m. or as soon thereafter as the matter may be heard, in the Courtroom of The Honorable Kimberly J. Mueller, Courtroom 3, 15th Floor, United States District Court for the Eastern District of California, Defendants CITY OF SACRAMENTO, JONATHON NANGLE, MICHAEL CASE, COREY STACKHOUSE, and JOHN MORRIS ("Defendants") will and hereby do move this Court

1

for an Order granting Defendants' Motion for Summary Judgment as to all claims against Defendants. In the alternative, Defendants also move for summary adjudication as to each of the various claims against Defendants.

This motion is based on Federal Rule of Civil Procedure 56(a). It is made on the grounds that there are no triable issues of material fact regarding Plaintiff CARLOS DAVID GUTIERREZ's claims against Defendants and that Defendants are entitled to judgment as a matter of law. Specifically, all of the individually named Defendants behaved reasonably in their conduct and did not violate clearly established law and are, therefore, entitled to qualified immunity. Further, under California law, Defendant City is entitled to the same immunity afforded its employee officers, particularly where the officers are granted immunity for lawful exercise of their authority to enforce the law.

Defendants' Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support thereof, the Separate Statement of Undisputed Facts, the Declaration of Grace L. Pak and all exhibits thereto, and all pleadings and papers on file in this action and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: February 17, 2023

SUSANA ALCALA WOOD,
City Attorney


By:   /s/ GRACE L. PAK
      GRACE L. PAK
      Senior Deputy City Attorney

      Attorneys for the CITY OF
      SACRAMENTO, JONATHON NANGLE,
      MICHAEL CASE, COREY
      STACKHOUSE, and JOHN MORRIS

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1242439