Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:    (916) 647-7728
Facsimile:    (916) 930-6093
Email:    robert@rchalfant.com

Attorney for Plaintiff
CARLOS DAVID GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS DAVID GUTIERREZ,

        Plaintiff,

vs.

CITY OF SACRAMENTO, OFFICER
JONATHON NANGLE (385), OFFICER
MICHAEL CASE (667), OFFICER COREY
STACKHOUSE (1033), SERGEANT JOHN
MORRIS (3120), and DOES 1 to 4,

        Defendants.

Case No. 2:22-cv-00802-KJM-JDP

**NOTICE OF LODGING EXHIBIT A TO DECLARATION OF CARLOS DAVID GUTIERREZ AND EXHIBIT F TO DECLARATION OF ROBERT CHALFANT**

PLEASE TAKE NOTICE that pursuant to Eastern District Local Rule 138(l), Plaintiff CARLOS DAVID GUTIERREZ hereby lodges the following exhibits:

Exhibit A to the Declaration of CARLOS DAVID GUTIERREZ, (video from Southside Tinting & Tunes);

Exhibit F to the Declaration of Robert Chalfant, (Body Worn Camera and In Car Camera videos produced by the City of Sacramento in this matter), and

Defendants were personally served copies of Exhibit A and Exhibit F on February 17, 2023.

Dated: February 19, 2023

By: /s/ Robert Chalfant
    ROBERT CHALFANT

    ATTORNEY FOR PLAINTIFF
    CARLOS DAVID GUTIERREZ

1