Robert Chalfant (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:     (916) 647-7728
Facsimile:     (916) 930-6093
Email:         robert@rchalfant.com

Attorney for Plaintiff
CARLOS DAVID GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SACRAMENTO, OFFICER JONATHON NANGLE (385), OFFICER MICHAEL CASE (667), OFFICER COREY STACKHOUSE (1033), SERGEANT JOHN MORRIS (3120), and DOES 1 to 4, <br><br> Defendants. | Case No. 2:22-cv-00802-KJM-JDP <br><br> **DECLARATION OF CARLOS DAVID GUTIERREZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION.** |

I, Carlos David Gutierrez, do declare:

1.     I am the plaintiff in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Summary Adjudication.

2.     On November 16, 2021, I was a passenger in a vehicle, and we were out running errands.

3.     At approximately 3:15 p.m., we pulled into a business at 4713 Franklin Blvd., Sacramento, California, and parked.

4.     The business was called Southside Tinting & Tunes.

5.     I exited the vehicle and walked into the business.

6.     After I entered the business, officers from the Sacramento Police Department pulled up behind the vehicle, quickly exited their vehicle, ran into the store and detained me.

1

7.    The officers grabbed me by my wrists and arms, told me they were going to search me and my belongings, and forced me to exit the store against my will.

8.    I did not consent to being detained by officers at any time during my interaction with officers.

9.    Officers Nangle and Case placed me in handcuffs. Sergeant John Morris, who arrived on scene almost immediately after being detained, advised officers to handcuff me for no reason.

10.    I was not on probation or parole on November 16, 2021.

11.    I did not consent to being searched by officers at any time during my interaction with officers.

12.    I informed the officers repeatedly that I was not on probation or parole and did not consent to being searched.

13.    The officers searched my backpack even though I did not consent to the search.

14.    The day after my arrest, I went to Southside Tint & Tunes and asked if they had video of the incident involving the Sacramento Police Department.

15.    Southside Tint & Tunes informed me that they did have video. Attached as Exhibit A to this declaration is a true and correct copy of video recorded by Southside Tint & Tunes on the day of the incident and that was provided to me by Southside Tint & Tunes.

16.    This video recording shows me exit the vehicle, walk into the tint shop, and the officer's vehicle pulling into the parking lot after I had entered the Tint Shop.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February __8__, 2023 at Sacramento, California.

By: _____
CARLOS DAVID GUTIERREZ

2

DECLARATION OF CARLOS DAVID GUTIERREZ
*Gutierrez v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:22-cv-00802-KJM-JDP

# **EXHIBIT A**

## Video From Southside Tint & Tunes

(Thumb Drive to be Delivered to Court Chambers)