SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE (385), OFFICER MICHAEL CASE (667), OFFICER COREY STACKHOUSE(1033), and SERGEANT JOHN MORRIS (3120)

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; OFFICER JONATHON NANGLE (385); OFFICER MICHAEL CASE (667); OFFICER COREY 15 STACKHOUSE (1033); SERGEANT JOHN MORRIS (3120); and DOES 1 to 5,<br><br>Defendants. | Case No.:  2:22-cv-00802-KJM-JDP<br><br>**DECLARATION OF JONATHON NANGLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:        March 31, 2023<br>Time:        10:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Kimberly J. Mueller |

I, Jonathon Nangle, declare:

1.    I have personal knowledge of the facts stated herein and, if called to testify, I can competently testify thereto.

2.    I am currently employed by the City of Sacramento Police Department as a Detective.  In November of 2021, I was assigned to the Sacramento Police Department's East Gang Enforcement Team and was directly involved in the incident that is the subject of this lawsuit.

/ / /

1

3.      As a testified to at my deposition related to this matter, I ran the background check of Ms. Erika Ruvalcaba while in the patrol vehicle prior to making the stop of her and Plaintiff.

4.      The database that I used was the Sacramento County Known Person Finder (WEBKPF).  I did not print the results of the search of the check on Ms. Ruvalcaba at the time it was made, but the results of the search indicated that she was on searchable probation as of January 29, 2021 resulting from a felony conviction for robbery.

5.      I ran the same background check of Ms. Ruvalcaba today on WEBKPF.  True and correct copies of the results of the search showing her probation status are attached hereto as **Exhibit A**.  These results are the same results that I saw while conducting the background check of Ms. Ruvalcaba on November 16, 2021, prior to the stop of her vehicle.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on _____Mar 13, 2023_____ in Sacramento, California.

Jonathon Nangle (Mar 13, 2023 17:48 PDT)

**JONATHON NANGLE**

2

# EXHIBIT A

## RUVALCABA, ERIKA JAZIM





**XREF:** 5158515                                    **AGE:** 24

**SEX:** F            **RACE:** H

**DOB:** 07/27/1998

**POB:** CHICAGO, IL USA

**HEIGHT:** 504

**WEIGHT:** 145

**HAIR:** RED                **EYES:** BRO

**ADDRESS:** 7383 DUMONT LN,            **PHONE:** 916 627 8950
SACRAMENTO, CA 95823

**PROBATION:**            F/S PROB until 08/21/2024

**PAROLE:**              No

**CAUTION:**            + Add

**ALERTS**

+  Probationer

Ends: 8/21/2024

Length: 5 Years

Type: Formal



| Court Cases | Sac County Data | Supervised Release |
|---|---|---|

| | Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|---|
| ◢ | 20MI018858 | 1/29/2021 | 5 Years | 1/28/2026 | INFORMAL |

Case 2:22-cv-00802-KJM-JDP    Document 28-2    Filed 03/13/23    Page 5 of 11

| Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|

**Violations**     Terms

| Severity | Penal Code | Description |
|---|---|---|
| INF | VC 16028(A) | MAINTAIN AND PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY |
| INF | VC 23222(A) | POSSESSION OF OPENED CONTAINER - DRIVER |
| MIS | VC 14601.2(A) | DRIVE WHILE PRIVILEDGE SUSPENDED/REVOKED-DUI/DRUGS |
| MIS | VC 23152(A) | DRIVING UNDER INFLUENCE OF ALCOHOL |
| MIS | VC 23152(B) | DRIVING WITH B.A. OF 0.08 PERCENT OR MORE |

| Case # | Sentence Date | Length | Ends | Type |
|---|---|---|---|---|
| ◢ 20MI009602 | 1/20/2021 | 3 Years | 1/19/2024 | INFORMAL |

**Violations**     Terms

| Severity | Penal Code | Description |
|---|---|---|
| INF | VC 16028(A) | MAINTAIN AND PROVIDE EVIDENCE OF FINANCIAL RESPONSIBILITY |
| MIS | VC 23152(A) | DRIVING UNDER INFLUENCE OF ALCOHOL |
| MIS | VC 23152(B) | DRIVING WITH B.A. OF 0.08 PERCENT OR MORE |

| Case # | Sentence Date | Length | Ends | Type |
|---|---|---|---|---|
| ◢ 20MI016641 | 1/11/2021 | 5 Years | 1/10/2026 | INFORMAL |

| Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|

### Violations    Terms

| Severity | Penal Code | Description |
|---|---|---|
| MIS | VC 14601.5(A) | DRIVING W/SUSP LIC - REFUSAL TO TAKE BLOOD ALCOHOL TEST |
| MIS | VC 23152(A) | DRIVING UNDER INFLUENCE OF ALCOHOL |
| MIS | VC 23152(B) | DRIVING WITH B.A. OF 0.08 PERCENT OR MORE |

| ◢ | 19FE004601 | 8/22/2019 | 5 Years | 8/21/2024 | FORMAL |
|---|---|---|---|---|---|

### Violations    Terms

| Severity | Penal Code | Description |
|---|---|---|
| FEL | PC 211 | ROBBERY |

# RUVALCABA, ERIKA JAZIM





**XREF:** 5158515 **AGE:** 24

**SEX:** F **RACE:** H

**DOB:** 07/27/1998

**POB:** CHICAGO, IL USA

**HEIGHT:** 504

**WEIGHT:** 145

**HAIR:** RED **EYES:** BRO

**ADDRESS:** 7383 DUMONT LN, **PHONE:** 916 627 8950
SACRAMENTO, CA 95823

**PROBATION:** F/S PROB until 08/21/2024

**PAROLE:** No

**CAUTION:** + Add

### ALERTS

+ Probationer

---

**Ends:** 8/21/2024

**Length:** 5 Years

**Type:** Formal

---

Court Cases    Sac County Data    Supervised Release

| | Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|---|
| ◢ | 20MI018858 | 1/29/2021 | 5 Years | 1/28/2026 | INFORMAL |

Case 2:22-cv-00802-KJM-JDP    Document 28-2    Filed 03/13/23    Page 8 of 11

| Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|

**Violations** | **Terms**

| Condition (click to view long description) | Assignment |
|---|---|
| NOT DRINK AND DRIVE | A |
| OBEY ALL LAWS | A |
| BLOOD, BREATH SEARCH AND SEIZURE | A |
| DO NOT DRIVE WITHOUT VALID INSURANCE | A |
| DO NOT DRIVE WITHOUT A VALID CALIFORNIA DRIVER'S LICENSE. | A |

| ◣ 20MI009602 | 1/20/2021 | 3 Years | 1/19/2024 | INFORMAL |
|---|---|---|---|---|

**Violations** | **Terms**

| Condition (click to view long description) | Assignment |
|---|---|
| NOT DRINK AND DRIVE | A |
| OBEY ALL LAWS | A |
| BLOOD, BREATH SEARCH AND SEIZURE | A |
| DO NOT DRIVE WITHOUT VALID INSURANCE | A |
| DO NOT DRIVE WITHOUT A VALID CALIFORNIA DRIVER'S LICENSE. | A |

| ◣ 20MI016641 | 1/11/2021 | 5 Years | 1/10/2026 | INFORMAL |
|---|---|---|---|---|

Case 2:22-cv-00802-KJM-JDP     Document 28-2     Filed 03/13/23     Page 9 of 11

| Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|

**Violations**  **Terms**

| Condition (click to view long description) | Assignment |
|---|---|
| NOT DRINK AND DRIVE | A |
| OBEY ALL LAWS | A |
| BLOOD, BREATH SEARCH AND SEIZURE | A |
| DO NOT DRIVE WITHOUT VALID INSURANCE | A |
| DO NOT DRIVE WITHOUT A VALID CALIFORNIA DRIVER'S LICENSE. | A |

| | 19FE004601 | 8/22/2019 | 5 Years | 8/21/2024 | FORMAL |
|---|---|---|---|---|---|

| Case # | Sentence Date ↓ | Length | Ends | Type |
|---|---|---|---|---|

| Violations | Terms |
|---|---|

| Condition (click to view long description) | Assignment |
|---|---|
| SUPERIOR COURT SPECIAL | A |
| NOT POSSESS WEAPONS | A |
| DO NOT OWN OR POSSESS ANY FIREARMS AND AMMUNITION | A |
| NO CONTACT WITH VICTIM | A |
| SEARCH AND SEIZURE | A |
| SEARCHABLE ACCESS TO ANY ELECTRONIC STORAGE DEVICES AND DATA | A |
| GENERAL CONDITIONS USED ON SUPERIOR COURT PROBATION ORDER | A |

```
4DCNDA09LJM.IR
CA0340400  RE: QVC.CA0340400.NAM/RUVALCABA,ERIKA.RAC/W.SEX/F.DOB
MATCH MADE ON NAM/RUVALCABA,ERIKA
NAME FIELD SEARCH REVEALS:
SRF HIT # 001

HIT MADE ON AKA/RUVALCABA,ERIKA
** NOT A WARRANT** COUNTY PROBATION RECORD **NOT A WARRANT **
** DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE **
ENT/1
NAM/RUVALCABA,ERIKA JAZIM SEX/F DOB/19980727 RAC/H HGT/504
WGT/145 EYE/BRO HAI/RED SOC/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
CII/A37199472 FBI/M9EFJAD5F OCA/A00518109
MISC NUMBER/OA-5158515
RESIDENCE COUNTY/SACRAMENTO CITY/SACRAMENTO
        ********COUNTY PROBATION INFORMATION********
PRIMARY OFFENSE/PC 211
BEGIN PROBATION/20190822 DISCHARGE DATE/20240821
AKA/RUVALCABA,ERIKA                     RUVALCABAGUZMAN,ERIKA JASMIN
    RUVALCUBA,ERIKA
AGENCY/SACRAMENTO CO PROB-JUVI ORI/CA034023G
CONTACT/OFFICER,PROBATION
PHONE/916 875-0300
        ************CONTACT MESSAGE***********
NUMBER OF PRIOR CONTACT MSGS/ 0
SEND CONTACT MESSAGE IDENTIFYING CLETS MNE/SPR0
RECORD TYPE/PRO AND IDN/A00518109 , OR ONLY FCN/A892123005005

CHECKING NCIC
********* END OF SUPERVISED RELEASE FILE MESSAGE *********
```

** End of Message **