**ROBERT CHALFANT (State Bar No. 203051)**
robert@rchalfant.com
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 647-7728
Facsimile: (916) 930-6093

Attorney for CARLOS DAVID GUTIERREZ

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE (385), OFFICER MICHAEL CASE (667), OFFICER COREY STACKHOUSE (1033), and SERGEANT JOHN MORRIS (3120)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; OFFICER JONATHON NANGLE (385); OFFICER MICHAEL CASE (667); OFFICER COREY 15 STACKHOUSE (1033); SERGEANT JOHN MORRIS (3120); and DOES 1 to 5,<br><br>Defendants. | Case No.:  2:22-cv-00802-KJM-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:         March 31, 2023<br>Time:         10:00 a.m.<br>Courtroom:  3, 15th Floor<br>Judge:        Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. The parties have competing Motions for Summary Judgment to be heard by the Court on March 31, 2023.

1

STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

1262470

2. Presently, the hearing on said Motions are scheduled to take place in-person before the Court.

3. Counsel for Defendants has a pre-planned/pre-paid trip to Boise, Idaho, to visit his children on the date and time of the hearing.

4. As such, the parties hereby agree that there is good cause to conduct the hearing on the Motions remotely, via Zoom.

**IT IS SO STIPULATED:**

DATED:  March 24, 2023                    LAW OFFICE OF ROBERT CHALFANT


                                          By:___/s/ ROBERT CHALFANT_____
                                          **ROBERT CHALFANT**

                                          Attorneys for CARLOS DAVID
                                          GUTIERREZ


DATED:  March 24, 2023                    SUSANA ALCALA WOOD,
                                          City Attorney


                                          By:___/s/ SEAN D. RICHMOND_____
                                          **SEAN D. RICHMOND**
                                          Senior Deputy City Attorney

                                          Attorneys for the
                                          CITY OF SACRAMENTO, OFFICER
                                          JONATHON NANGLE (385), OFFICER
                                          MICHAEL CASE (667), OFFICER COREY
                                          STACKHOUSE (1033), and SERGEANT
                                          JOHN MORRIS (3120)

STIPULATION AND [PROPOSED] ORDER FOR REMOTE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

1262470

## ORDER

IT IS HEREBY ORDERED that the hearing on the parties' respective Motions for Summary Judgment scheduled for March 31, 2023, at 9:00 a.m., shall be conducted remotely, via Zoom.

DATED: _____

_____
**HONORABLE PRESIDING CHIEF JUDGE
KIMBERLY J. MUELLER**

3