ROBERT CHALFANT, (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:     (916) 647-7728
Facsimile:      (916) 930-6093
Email:           robert@rchalfant.com

Attorney for Plaintiff
CARLOS DAVID GUTIERREZ

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE and OFFICER COREY STACKHOUSE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID GUTIERREZ, | Case No.: 2:22-CV-00802-KJM-JDP |
| Plaintiff, | **STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ORDER** |
| vs. | |
| CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE, AND OFFICER COREY STACKHOUSE, | |
| Defendants. | |

-1-

STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ORDER

Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and request referral to Honorable Magistrate Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **September 27, 2023 at 9:00 AM**. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

**IT IS SO STIPULATED.**

Dated:  June 16, 2023                                    LAW OFFICE OF ROBERT CHALFANT

By: */s/ Robert Chalfant*
ROBERT CHALFANT
Attorney for Plaintiff

Dated:  June 13, 2023                                    SUSANA ALCALA WOOD,
City Attorney

By:  */s/ SEAN D. RICHMOND*
SEAN D. RICHMOND
Senior Deputy City Attorney
Attorneys for Defendants

### ORDER

The court GRANTS the parties' stipulated request for a referral to Magistrate Judge Kendall J. Newman for a settlement conference.  A settlement conference shall be set on September 27, 2023 at 9:00 a.m. before the Honorable Magistrate Judge Kendall J. Newman.

**IT IS SO ORDERED.**

Dated:  June 16, 2023.

CHIEF UNITED STATES DISTRICT JUDGE