ROBERT CHALFANT, (State Bar No. 203051)
LAW OFFICE OF ROBERT CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 647-7728
Facsimile:    (916) 930-6093
Email:    robert@rchalfant.com

Attorney for Plaintiff
CARLOS DAVID GUTIERREZ

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE and OFFICER COREY STACKHOUSE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS DAVID GUTIERREZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF SACRAMENTO, OFFICER JONATHON NANGLE, OFFICER MICHAEL CASE, OFFICER COREY STACKHOUSE. DOES 1-5<br><br>                    Defendant. | Case No.: 2:22-CV-00802-KJM-JDP<br><br>**STIPULATION TO CONTINUE FINAL PRETRIAL SCHEDULING CONFERENCE AND ORDER** |

COMES NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following

-1-

STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE

modifications/amendments of the Court's Order Setting the Final Pretrial Conference (Docket No. 35). The parties hereby stipulate, through their counsel of record, as follows:

1. That the Final Pretrial Conference set for June 30, 2023, at 10:00 a.m. before Judge Mueller in Courtroom Three be continued to October 20, 2023 at 10:00 a.m.

This modification is requested because the parties have met and conferred and agreed that this matter is suitable for a settlement conference with the Honorable Magistrate Judge Kendall Newman. The parties are working cooperatively to arrange a mutually convenient date for the settlement conference and have contacted Judge Newman's Courtroom Deputy to obtain available dates. The parties will submit a Stipulation for Setting of Settlement Conference as soon as the date and time can be confirmed.

**SO STIPULATED.**

Dated:  June 16, 2023          LAW OFFICE OF ROBERT CHALFANT

                               By: */s/ Robert Chalfant*
                                   ROBERT CHALFANT
                                   Attorney for Plaintiff

Dated:  June 12, 2023          SUSANA ALCALA WOOD,
                               City Attorney


                               By:  */s/ SEAN D. RICHMOND*
                                   SEAN D. RICHMOND
                                   Senior Deputy City Attorney
                                   Attorneys for Defendants

**ORDER**

The court grants the parties' stipulated request to continue the final pretrial conference. The final pretrial conference set for June 30, 2023, is hereby reset to November 3, 2023 at 10:00 a.m.[1] The parties shall meet and confer and file a joint status report fourteen (14) days prior to the final pretrial conference addressing matters the court should consider in setting a trial date. *See* E.D. Cal. L.R. 282; Fed. R. Civ. P. 16.

**IT IS SO ORDERED.**

DATED: June 16, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' identified date of October 20, 2023 is not a viable hearing date.